

```
CO.    FILE    DEPT.   CLOCK   VCHR. NO.
WUP   250029                   0000100062  1
       SEQ 005227      9372886 9372886
                                  003-1001
```

**CROWN ENERGY SERVICES, INC**
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

## Earnings Statement

Period Beginning: 02/23/2020
Period Ending:    02/29/2020
Pay Date:         03/06/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings   | rate    | hours | this period | year to date |
|------------|---------|-------|-------------|--------------|
| Regular    | 35.0700 | 32.00 | 1,122.24    | 11,927.94    |
| Sick       | 34.3200 |  8.00 |   274.56    |    823.68    |
| Overtime   |         |       |             |    985.25    |
| Holiday O T|         |       |             |    526.05    |
| Holiday Pay|         |       |             |    549.12    |
| Spec Proj D T |      |       |             |    624.51    |
| **Gross Pay** |      |       | **$1,396.80** | 15,436.55  |

Your federal taxable wages this period are $1,399.17
Your PA taxable wages this period are $1,396.80
Your Philadelphia taxable wages this period are $1,399.17

| Deductions | Statutory            |          |          |
|------------|----------------------|----------|----------|
|            | Federal Income Tax   | -192.59  | 2,257.77 |
|            | Social Security Tax  |  -86.75  |   958.35 |
|            | Medicare Tax         |  -20.29  |   224.13 |
|            | PA State Income Tax  |  -42.88  |   473.90 |
|            | Philadelphia Income Tax | -54.16 |   598.40 |
|            | PA SUI/SDI Tax       |   -0.84  |     9.26 |
|            | **Other**            |          |          |
|            | Accident Ins         |          |     1.54 |
|            | Addfam               |          |     0.65 |
|            | Hosp Indem           |          |     2.86 |
|            | Union Dues           |          |   193.05 |

| **Net Pay**   | **$999.29** |
|---------------|-------------|
| Checking      |  -999.29    |
| **Net Check** | **$0.00**   |

### Other Benefits and Information

|                | this period | total to date |
|----------------|-------------|---------------|
| Gtl            | 2.37        | 21.33         |
| Tot Work Hours | 32.00       | 380.00        |
| Sick Balance   |             | 40.00         |
| Vacation Bal   |             | 80.00         |
| Employee I.D.  |             | xxxxxxx       |

**Important Notes**
BASIS OF PAY: HOURLY

©1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
▼ TEAR HERE
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CROWN ENERGY SERVICES, INC**
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Advice number: 00000100062
Pay date:      03/06/2020

Deposited to the account of
FREDERICK C JAMES

| account number | transit ABA | amount   |
|----------------|-------------|----------|
| xxxxxxxx5260   | xxxx xxxx   | $999.29  |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



| CO. WUP | FILE 250029 | DEPT. | CLOCK | VCHR. NO. 0000090062 | 1 |
| SEQ 008507 | 9372888 | 9372888 | | | |

003-1001

**Earnings Statement**  ADP

Period Beginning: 02/16/2020
Period Ending:    02/22/2020
Pay Date:         02/28/2020

Able Services
CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.3200 | 8.00 | 274.56 | 10,805.70 |
| Regular | 35.0700 | 24.00 | 841.68 | |
| Sick | 34.3200 | 8.00 | 274.56 | 549.12 |
| Overtime | | | | 985.25 |
| Holiday O T | | | | 526.05 |
| Holiday Pay | | | | 549.12 |
| Spec Proj D T | | | | 624.51 |
| **Gross Pay** | | | **$1,390.80** | 14,039.75 |

Your federal taxable wages this period are $1,393.17
Your PA taxable wages this period are $1,390.80
Your Philadelphia taxable wages this period are $1,393.17

**Deductions  Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -191.27 | 2,065.18 |
| Social Security Tax | -86.38 | 871.60 |
| Medicare Tax | -20.20 | 203.84 |
| PA State Income Tax | -42.70 | 431.02 |
| Philadelphia Income Tax | -53.93 | 544.24 |
| PA SUI/SDI Tax | -0.83 | 8.42 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 2.37 | 18.96 |
| Tot Work Hours | 32.00 | 348.00 |
| Sick Balance | | 48.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | ████ |

**Important Notes**
BASIS OF PAY: HOURLY

**Other**

| | | |
|---|---|---|
| Union Dues | -21.45 | 193.05 |
| Accident Ins | | 1.54 |
| Addfam | | 0.65 |
| Hosp Indem | | 2.86 |

| **Net Pay** | **$974.04** |
| Checking | -974.04 |
| **Net Check** | **$0.00** |

©1998, 2006. ADP, LLC  All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

©2000 ADP, LLC

Able Services
CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Advice number: 00000090062
Pay date: 02/28/2020

Deposited to the account of
FREDERICK C JAMES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5260 | xxxx xxxx | $974.04 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

 Able Services

001816
CO. FILE DEPT. CLOCK VCHR. NO.
WUP 250029         0000070063  1
              9372886 9372886
                              003-1001

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

**Earnings Statement**  ADP

Period Beginning: 02/02/2020
Period Ending: 02/08/2020
Pay Date: 02/14/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0700 | 32.00 | 1,122.24 | 8,316.66 |
| Overtime | | | | 779.33 |
| Holiday O T | | | | 526.05 |
| Holiday Pay | | | | 549.12 |
| Sick | | | | 274.56 |
| Spec Proj D T | | | | 624.51 |
| **Gross Pay** | | | **$1,122.24** | 11,070.23 |

Your federal taxable wages this period are $1,124.61
Your PA taxable wages this period are $1,122.24
Your Philadelphia taxable wages this period are $1,124.61

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -132.19 | 1,641.30 |
| | Social Security Tax | -69.73 | 687.20 |
| | Medicare Tax | -16.31 | 160.72 |
| | PA State Income Tax | -34.45 | 339.85 |
| | Philadelphia Income Tax | -43.53 | 429.10 |
| | PA SUI/SDI Tax | -0.67 | 6.64 |
| | Other | | |
| | Union Dues | -21.45 | 150.15 |
| | Accident Ins | | 1.54 |
| | Addfam | | 0.65 |
| | Hosp Indem | | 2.86 |
| **Net Pay** | | | **$803.91** |
| Checking | | | -803.91 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.37 | 14.22 |
| Tot Work Hours | 32.00 | 272.00 |
| Sick Balance | | 56.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | |

**Important Notes**
BASIS OF PAY: HOURLY

©1998, 2006. ADP, LLC All Rights Reserved.

---

©2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Able Services   CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Advice number: 00000070063
Pay date: 02/14/2020

Deposited to the account of
FREDERICK C JAMES

account number     transit ABA     amount
xxxxxxxxx5260      xxxx xxxx       $803.91

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Able Services**

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

**Earnings Statement** — ADP

| | |
|---|---|
| Period Beginning: | 01/26/2020 |
| Period Ending: | 02/01/2020 |
| Pay Date: | 02/07/2020 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0700 | 33.00 | 1,157.31 | 7,194.42 |
| Sick | 34.3200 | 8.00 | 274.56 | 274.56 |
| Overtime | | | | 779.33 |
| Holiday O T | | | | 526.05 |
| Holiday Pay | | | | 549.12 |
| Spec Proj D T | | | | 624.51 |
| **Gross Pay** | | | **$1,431.87** | 9,947.99 |

Your federal taxable wages this period are $1,434.24
Your PA taxable wages this period are $1,431.87
Your Philadelphia taxable wages this period are $1,434.24

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -200.31 | 1,509.11 |
| | Social Security Tax | -88.92 | 617.47 |
| | Medicare Tax | -20.80 | 144.41 |
| | PA State Income Tax | -43.96 | 305.40 |
| | Philadelphia Income Tax | -55.52 | 385.57 |
| | PA SUI/SDI Tax | -0.86 | 5.97 |
| Other | | | |
| | Union Dues | -21.45 | 128.70 |
| | Accident Ins | | 1.54 |
| | Addfam | | 0.65 |
| | Hosp Indem | | 2.86 |
| **Net Pay** | | | **$1,000.05** |
| Checking | | | -1,000.05 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.37 | 11.85 |
| Tot Work Hours | 33.00 | 240.00 |
| Sick Balance | | 56.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | |

**Important Notes**
BASIS OF PAY: HOURLY

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
© 2000 ADP, LLC

**Able Services**

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Advice number: 00000060063
Pay date: 02/07/2020

Deposited to the account of
FREDERICK C JAMES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx5260 | xxxx xxxx | $1,000.05 |

THIS IS NOT A CHECK — VOID

**NON-NEGOTIABLE**

**Able Services**

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

**Earnings Statement**  ADP

Period Beginning: 01/19/2020
Period Ending: 01/25/2020
Pay Date: 01/31/2020

Co. File: 003831
WUP 250029
VCHR. NO. 0000050062  1
9372886 9372886
003-1001

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0700 | 32.00 | 1,122.24 | 6,037.11 |
| Overtime | 52.6060 | 5.00 | 263.03 | 779.33 |
| Holiday O T | 52.6050 | 10.00 | 526.05 | 526.05 |
| Holiday Pay | 34.3200 | 8.00 | 274.56 | 549.12 |
| Spec Proj D T | | | | 624.51 |
| **Gross Pay** | | | **$2,185.88** | 8,516.12 |

Your federal taxable wages this period are $2,185.88
Your PA taxable wages this period are $2,185.88
Your Philadelphia taxable wages this period are $2,185.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -373.38 | 1,308.80 |
| | Social Security Tax | -135.53 | 528.55 |
| | Medicare Tax | -31.69 | 123.61 |
| | PA State Income Tax | -67.11 | 261.44 |
| | Philadelphia Income Tax | -84.62 | 330.05 |
| | PA SUI/SDI Tax | -1.31 | 5.11 |
| Other | | | |
| | Union Dues | -21.45 | 107.25 |
| | Accident Ins | | 1.54 |
| | Addfam | | 0.65 |
| | Hosp Indem | | 2.86 |
| **Net Pay** | | **$1,470.79** | |
| Checking | | -1,470.79 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 47.00 | 207.00 |
| Gtl | | 9.48 |
| Sick Balance | | 64.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | |

**Important Notes**
BASIS OF PAY: HOURLY

©1998 2006 ADP, LLC All Rights Reserved

▼ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Able Services**
CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Advice number: 00000050062
Pay date: 01/31/2020

Deposited to the account of
FREDERICK C JAMES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5260 | xxxx xxxx | $1,470.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**