**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :          Chapter 13
  Frederick C. James

  (DEBTOR)                                 :          Bankruptcy No. 20-11731MDC13

**O R D E R**

AND NOW, this  16th  day of  April , 2020 upon consideration of Debtor's Motion to Avoid Judicial Lien of Midland Funding, LLC and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien of Midland Funding, LLC pursuant to Municipal Court action SC-15-12-30-6265 entered on March 11, 2016 in the amount of $1,106.90 is avoided upon Debtor's residence known as 8849 E. Roosevelt Blvd. Philadelphia, PA upon Discharge.

By the Court:

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
Chief U.S. BANKRUPTCY JUDGE