```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-11731-mdc
Frederick C. James                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 1              Date Rcvd: Apr 17, 2020
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2020.
db             +Frederick C. James,   8849 E. Roosevelt Boulevard,   Philadelphia, PA 19152-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2020 at the address(es) listed below:
      MICHAEL A. CATALDO2    on behalf of Debtor Frederick C. James ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Frederick C. James ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                 TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              :        Chapter 13

Frederick C. James
    (DEBTOR)                                        :        Bankruptcy No. 20-11731MDC13

**O R D E R**

AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1.  The Motion is Granted.
2.  The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: April 16, 2020

By the Court:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge