United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11731-mdc |
| Frederick C. James | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: 155 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID        Recipient Name and Address**
db              + Frederick C. James, 8849 E. Roosevelt Boulevard, Philadelphia, PA 19152-1311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020              Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name             Email Address**

MICHAEL A. CATALDO2
                 on behalf of Debtor Frederick C. James ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
                 on behalf of Debtor Frederick C. James ecf@ccpclaw.com  igotnotices@ccpclaw.com

PAMELA ELCHERT THURMOND
                 on behalf of Cred. Comm. Chair CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
                 on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

United States Trustee
                 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                 on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2     User: YvetteWD     Page 2 of 2
Date Rcvd: Oct 08, 2020     Form ID: 155     Total Noticed: 1

WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Frederick C. James
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−11731−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 8th of October 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

46 – 15
Form 155