# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FREDERICK JAMES,<br>Debtor(s). | Case No. 20-11731MDC13<br>Chapter 13 |

## ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this __12th__ day of __October__, 2020, upon consideration of the Application for Compensation, it is

ORDERED that compensation of $5,000.00 is allowed and the balance due to counsel in the amount of $4,000.00 shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge