United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-11731-mdc
Frederick C. James | Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 2
Date Rcvd: Oct 13, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID**      **Recipient Name and Address**
db      + Frederick C. James, 8849 E. Roosevelt Boulevard, Philadelphia, PA 19152-1311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

**Name**      **Email Address**

MICHAEL A. CATALDO2
     on behalf of Debtor Frederick C. James ecf@ccpclaw.com igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
     on behalf of Debtor Frederick C. James ecf@ccpclaw.com igotnotices@ccpclaw.com

PAMELA ELCHERT THURMOND
     on behalf of Cred. Comm. Chair CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
     on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
     on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2 | User: YvetteWD | Page 2 of 2
Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.
      ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FREDERICK JAMES,<br>　　　　　　　Debtor(s). | Case No. 20-11731MDC13<br><br>Chapter 13 |

### ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this __12th__ day of _____October_____, 2020, upon consideration of the Application for Compensation, it is

ORDERED that compensation of $5,000.00 is allowed and the balance due to counsel in the amount of $4,000.00 shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge