**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
FREDERICK C. JAMES

Chapter 13

Debtor

**Bankruptcy No.** 20-11731-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 18, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET, SUITE 900
PHILA, PA 19102-

Debtor:
FREDERICK C. JAMES
8849 E. ROOSEVELT BOULEVARD
PHILADELPHIA, PA 19152-