United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Frederick C. James  
    Debtor

Case No. 20-11731-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 18, 2021      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick C. James, 8849 E. Roosevelt Boulevard, Philadelphia, PA 19152-1311 |
| 14523238 | + | City of Phila and/or Water Dept., c/o Pamela Elchert Thurmond, Esq., Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14486644 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14486645 | + | Eastern Account System, Inc., PO Box 837, Newtown, CT 06470-0837 |
| 14486646 | + | Eastern Account System, Inc., Attn: Bankruptcy, PO Box 837, Newtown, CT 06470-0837 |
| 14486647 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14486648 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14486650 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486653 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14486655 | | PA. Housing Finance Authority, 211 N Front Street, Harrisburg, PA 17101-1406, Attn: John Goryl, Esquire |
| 14493947 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14486658 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14494035 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14486660 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14486664 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| crcmch | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14486638 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 18 2021 23:32:00 | Alliance One, 4850 Street Road, Feasterville Trevose, PA 19053-6643 |
| 14486642 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14533296 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14517606 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14486641 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14486639 | + | Email/Text: ecf@ccpclaw.com | Nov 18 2021 23:32:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14486643 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2021 23:32:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14486649 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 23:32:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14486651 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2021 23:32:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14505815 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14486657 | | Email/Text: blegal@phfa.org | Nov 18 2021 23:32:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14496046 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 23:32:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14486654 | + | Email/Text: blegal@phfa.org | Nov 18 2021 23:32:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14486656 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 18 2021 23:32:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14526866 | + | Email/Text: blegal@phfa.org | Nov 18 2021 23:32:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14486659 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2021 23:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14486661 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 18 2021 23:42:31 | Regional Acceptance Co, Attn: Bankruptcy, PO Box 1487, Wilson, NC 27894-1487 |
| 14486662 | + | Email/Text: bankruptcy@sw-credit.com | Nov 18 2021 23:32:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14486663 | | Email/Text: DASPUBREC@transunion.com | Nov 18 2021 23:32:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14523035 | + | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14486640 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14486652 | *+ | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 39 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

**Name**                          **Email Address**

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
                                  on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL A. CIBIK
                                  on behalf of Debtor Frederick C. James mail@cibiklaw.com

PAMELA ELCHERT THURMOND
                                  on behalf of Cred. Comm. Chair CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
                                  on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FREDERICK  C. JAMES | Chapter 13 |
| Debtor | Bankruptcy No. 20-11731-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 18, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
CIBIK &  CATALDO
1500 WALNUT STREET, SUITE 900
PHILA, PA 19102-

Debtor:
FREDERICK  C. JAMES
8849 E. ROOSEVELT BOULEVARD
PHILADELPHIA, PA 19152-